1  Name: BRIAN M. PORTER
2  Address: 3650 COUTS ST. APT #7
3  Telephone Phone: 619 586 1942
4  Email: BRIANPORTER6199@GMAIL.COM
5      MRPORTER6199@GMAIL.COM

**FILED**
Mar 02 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ jllr    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PORTER, BRIAN M.,

Plaintiff(s),

v.

VIETNAM VETERANS OF SAN DIEGO,

Defendant(s).

Case No.: '20CV0399 LAB AHG
(assigned at time of filing)

**COMPLAINT**

**I. RELATED CASES**

a. Do you have other Civil Case(s) in this or any other federal court?
   ☐ Yes   ☒ No

b. If yes, please list the case numbers here:

**II. STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

I, BRIAN M. PORTER; THE PLAINTIFF IN THIS CASE, WAS HARASSED, DISCRIMINATED AGAINST, LIED TO, LIED ON, AND REMOVED FROM A TRANSITIONAL HOUSING PROGRAM AT VIETNAM VETERANS OF SAN DIEGO (VVSD). NOTE: AFTER BEING CONSTANTLY ADMIRED AND ACKNOWLEDGED FOR GOING ABOVE AND BEYOND ANY PERSON WHOSE EVER BEEN IN THE BRIDGE PROGRAM AT VVSD I WAS RUDELY AND ALSO UNFAIRLY REMOVED FROM MY PROGRAM WITH PREJUDICE; IN THAT, ANY EFFORT CONJURED TO APPEAL THIS UNJUST DECISION WAS DEFLECTED AND NOT ALLOWED. I HAVE BEEN CONSTANTLY DENIED ANY AND ALL LITERATURE WITHIN MY PARTICIPATION FILE THAT SUPPORTS MY SIDE OF THIS EQUATION. I WAS DENIED ENTITLED SERVICES SUCH AS BEING INITIALLY LIED TO ABOUT ATTENDING VETERAN'S HOMELESS COURT -WHICH WAS LATER GIVEN TO ME WITH AN APOLOGY. I WAS VERBALLY INSULTED AND ASSAULTED TO THE EXTENT THAT THEIR WAS A HEARING WHICH RULED IN MY FAVOUR. ALSO, THERE ARE OFFICIAL DOCUMENTED DETAILS ADDITIONALLY POINTING OUT MY UNFAIR AND UNJUSTIFIED DISCRIMINATION TOWARDS ME SINCE LITERALLY DAY ONE. I WAS ATTACKED AND PUNISHED FOR BLOWING THE WHISTLE ON AN ASSAULT WHICH IS ALSO NOTED. I HAVE A GOOD RAPPORT WITH 95% OF ALL INDIVIDUALS THERE AND THIS INCLUDES STAFF. I VERBALLY AGREED TO THE PRIVELEDGE OF TEMPORARY HOUSING FROM 3 TO 24 MONTHS. THERE IS NO WAY I WOULD EVER MESS THAT UP BY NOT DOING WHAT I AM EXPECTED TO DO. WHICH IS WHY I WENT ABOVE AND BEYOND IN THE FIRST PLACE. I SUMMON LTCD LaBoy THE PROGRAM LIASON WHO CAN NOT DENY MY CLAIMS.

2

*Brian M. Porter*
03/02/2020

AGAIN, I NEVER VIOLATED ANYONE NOR ANY POLICY. YET I WAS TOLD TO LEAVE AND I COULD LEAVE ALL MY THINGS THERE TIL A LATER DATE IF THEY WEREN'T STOLEN. UPON MY DEMAND FOR MY FILE SO I COULD APPEAL THIS BOGUS ORDEAL I WAS SERVED AN UNLAWFUL DETAINER IN OCTOBER. I HAD MOVED IN BACK IN JUNE WITHOUT INCIDENT. 3 MONTHS AND SOME WEEKS LATER MY EMPLOYER CALLED AND STATED THAT SOME LITERATURE FROM CHILD SUPPORT HAD ARRIVED AND COULD SHE MAIL IT TO ME. I SAID YES, AND 2 WEEKS LATER SHE CALLED BACK AND SAID IT WAS RETURNED AS 'RETURN TO SENDER' I HAD BEEN RECEIVING MAIL AND PACKAGES THEIR SINCE JUNE WHICH I COULDN'T PROVE BECAUSE I HAVE BEEN CONSTANTLY DENIED (-NOT IGNORED) ANY AND ALL THINGS THAT WOULD VERIFY MY RESIDENCY. AND YES, I ACCUSE VVSD OF DOING THIS TO ALLOW FOR MY MISSING OUR UPCOMING COURT DATE. A COURT DATE I WAS LOOKING FORWARD TO AS THIS STATEMENT REPRESENTS. I WOULD NEVER DENY MYSELF MY MAIL AND NO ONE ELSE BUT THE PARTIES INVOLVED NEW I WAS FACING THIS CHALLENGE. THE PLOY WORKED, I HAVE A TICKETED CASE NUMBER INSIDE THE POSTAL SERVICE AS OF JANUARY 23, 2020. THE CASE NUMBER IS: 06118423 USPS CASE NUMBER. UNFORTUNATELY FOR ME, OUR COURT DATE WAS JANUARY 27, 2020 A COURT DATE I MISSED. A DEFAULT JUDGEMENT WAS ENTERED AND I WAS DENIED RELIEF AT AN EX-PARTE MEETING AROUND 02-11-2020. I NEED MONEY AND A FAIR TRIAL.

03-02-2020

I HAVE NEVER RECEIVED MY PROPER DD-214. I WAS GIVEN A FAKE, WITH MY SIGNATURE PASTED ON IT. THIS IS NOT SPECULATION AND THE PROOF IS ON THE WAY AS I'VE REQUESTED MY ENTIRE MILITARY RECORD AND ALL WILL SEE. BUT I AM RUNNING OUT OF TIME AS THE SHERIFF SAID I HAVE TO BE OUT BY MARCH 5, 2020 AT 6 AM. THEREFORE, I NEED RELIEF OF THIS DEFAULT ENTERED ON JANUARY 27, 2020. JUST UNTIL THE HELP I WAS PROMISED UPON MOVING IN IS COMPLETE. THERE ARE TWO SIDES TO EVERY STORY.

**III. RELIEF YOU REQUEST** (State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.) I WANT THIS CASE 37-2019-00060183-CL-UD-CTL DISMISSED WITH PREJUDICE UNTIL THE HELP I AM ENTITLED TO AND HAD BEEN PROMISED IS EXECISED AND COMPLETED, FOR I AM INDEED A PROTECTED VETERAN. THIS HELP WAS TO ENTAIL MY COPY OF MY ORIGINAL DD-214 NOT THIS FAKE THAT WAS GIVEN TO ME. I RESPECTFULLY SUBMITTED A HAND WRITTEN REQUEST FOR A GRANT NO LESS THAN $80,000 IF MY STAY THERE IS SUCH A BURDEN AND I DON'T RECIEVE ANY STATE GOVT ASSISTANCE. I NEED THE COURT TO ORDER THIS SO I CAN AFFORD TO MOVE AND SUCCESSFULLY RETURN BACK TO THE WORKFORCE. IF THE COURT SEES FIT TO DENY THIS HUMBLE REQUEST AND WON'T HELP ME. THEN I AM ASKING THE COURT TO ALLOW MY CONTINUED TEMPORARY HOUSING AT 3650 COUTS STREET APT #7 SAN DIEGO, CA 92110 UNTIL OCTOBER 29, 2021 AT 6:00 AM. A TIME FRAME IN WHICH I AM NOT OBLIGATED TO THE BRIDGE PROGRAM AT VVSD NOR ANY INTERACTION WITH THE BRIDGE PROGRAM STAFF. THERE ARE OTHER RESOURCES AT THE CAMPUS THAT I WILL BE USING THAT HAVE NO BRIDGE PROGRAM PRE-REQUISITES SUCH AS EMPLOYMENT SERVICES - HOMELESS COURT AND MORE. THESE STAFF MEMBERS ARE VERY HELPFUL AND VERY PROFESSIONAL WITH ABSOLUTELY NO COMPLAINTS, LIES, OR JEALOUSY TOWARDS ME, BRIAN M. PORTER. I AM PLEADING TO THE COURT FOR THIS TEMPORARY MERCY, FOR I HAVE NO WHERE TO GO EXCEPT UNDER A REAL BRIDGE UPON SACRAFICING ALL MY VALUABLE PERSONAL ITEMS SUCH AS A 50 INCH TV,

MY CAR FROM BEING CONFISCATED A NEW LARGE LUGGAGE BAG. THIS REQUEST IS FAR FROM ABSURD AS THEIR ARE MANY PEOPLE WHO STAY THERE WHOM ARE NOT VETERANS NOR OBLIGATED TO DO ANYTHING. IT'S LIKE THEY'RE IN THE PROGRAM BUT DON'T HAVE TO DO ANYTHING. WHICH IS PART OF BURDEN. AND IF I CAN'T APPEAL TO THE COURTS HUMANITY ENOUGH TO ATTAIN THESE MINOR YET CRUCIAL JUSTICES COUPLED WITH A SINCERE APOLOGY. THEN PLEASE, YOUR HONOR, IN THE NAME OF JESUS GRANT ME A FAIR TRIAL AND PLEASE WAIVE MY FEES, AS I HAVEN'T RETURNED TO WORK YET. BUT I DO PLAN TOO. I'M JUST DEALING WITH TOO MUCH RIGHT NOW, AND THIS HAS REALLY JUST SIMPLY HURT ME A LOT. I WENT TO VVSD FOR HELP NOT A FIGHT. I HAD NO WHERE ELSE TO GO BECAUSE MY APARTMENT BUILDING WAS CLOSED DOWN AND ALL HAD TO LEAVE. I HAVE BEEN A SOLELY INDEPENDENT SAN DIEGO RESIDENT SINCE AUGUST 2016 AND I HAVE NEVER BEEN EVICTED IN ANY PLACE NOR TIME. I AM A LAW ABIDING TAX PAYING CITZEN AND AN HONORED COLLEGE GRADUATE WHO ATTENDS CHURCH REGULARLY. MOREOVER, I'M A VETERAN, WHO IS PROTECTED BY VETERAN AFFAIRS. BUT I REALLY NEED SOME HELP AND JUSTICE HERE. MY WRIT IS TO BE EXECUTED 03-05-2020 I HAVE ANOTHER EX-PARTE HEARING TOMORROW AT 1PM. THANK YOU — BRIAN M. PONTON

**DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes      ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

MARCH 2, 2020
Date

*[Signature]*
Signature

BRIAN M. PORTER
Printed Name

4