UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN M. PORTER<br><br>        Plaintiff,<br><br>v.<br><br>VIETNAM VETERANS OF SAN DIEGO<br><br>        Defendant. | Case No.:  20cv399-LAB (AHG)<br><br>**ORDER OF DISMISSAL** |

The Court on March 4 dismissed the complaint without prejudice for failure to invoke the Court's jurisdiction and failure to state a claim, and ordered Plaintiff Brian Porter to file an amended complaint. The Court then *sua sponte* extended the time for him to amend, directing him to mail his amended complaint so that it arrived in the Clerk's office by April 22, 2020.  If he did not, the Court cautioned him, this action could be dismissed for failure to prosecute.

/ / /

/ / /

/ / /

/ / /

/ / /

Porter has not filed an amended complaint or anything else. This action is therefore **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and for failure to invoke the Court's jurisdiction.

**IT IS SO ORDERED**.

Dated: April 24, 2020

*Larry A. Burns*
Honorable Larry Alan Burns
Chief United States District Judge